ANTOINETTE TRIMONDI, PLAINTIFF-RESPONDENT, v. BOLESLAW NOWAKOSKI, DEFENDANT-APPELLANT.

Argued May 9, 1935—Decided August 20, 1935.

Before BROGAN, CHIEF JUSTICE, and Justices LLOYD and DONGES.

For the appellant, *Mark Townsend, Jr.*, and *Thomas F. Doyle*.

For the respondent, *Feinberg & Feinberg*.

PER CURIAM.

This is an appeal from an order of the Hudson County Court of Common Pleas, setting aside a jury verdict in favor of the defendant and granting a new trial in a negligence suit wherein plaintiff claimed damages for injuries sustained by a fall on steps of defendant which were claimed to be defective. The sole ground of appeal is that the trial judge committed an abuse of discretion in allowing the new trial.

The appeal must be dismissed because no final judgment

has been entered in the court below, and where there is no final judgment in an action at law there can be no appeal. *Van Hoogenstyn* v. *Delaware, Lackawanna and Western Railroad Co.,* 90 *N. J. L.* 189; 100 *Atl. Rep.* 232; *Denholtz* v. *Donner, Denholtz & Co.,* 96 *N. J. L.* 545; 115 *Atl. Rep.* 351; *Wheat* v. *Public Service,* 97 *N. J. L.* 584; 117 *Atl. Rep.* 594; *Hickman* v. *Powell,* 99 *N. J. L.* 274; 124 *Atl. Rep.* 448.

The appeal is dismissed, with costs.